

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

John Traylor d/b/a John Traylor Insurance,
Appellant

No. 06-22-00071-CV     v.

Ramona Lane, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 26,113). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

     We further order that the appellant, John Traylor d/b/a John Traylor Insurance, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 15, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk